**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RUBEN GALINDO VEGA,**

*Plaintiff,*

**v.** **Case No: 8:26-cv-01665-MSS-NHA**

**TRANSUNION, LLC,**
**EQUIFAX INFORMATION**
**SERVICES, LLC, EXPERIAN INFORMATION**
**SOLUTIONS, INC., and SYNCHRONY FINANCIAL**
**d/b/a SYNCHRONY BANK**

*Defendants.*_____________/

**NOTICE OF PENDING SETTLEMENT AS TO TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND SYNCHRONY FINANCIAL**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendants TransUnion LLC, Experian Information Solutions, Inc. and Synchrony Financial have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case as to these Defendants with prejudice.

Respectfully submitted on June 9, 2026.

**SERAPH LEGAL, P. A.**

/s/ *James Hubbard*
James Hubbard, Esq.
FBN: 121405
3035 East Frontage Rd., Suite 145
Tampa, FL 33607
Tel: 813-321-2348
JHubbard@seraphlegal.com